# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONALD SMITH

NO. 2026 KW 0111

**APRIL 8, 2026**

---

In Re:     Donald Smith, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-02-08-0322.

---

**BEFORE:   THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

    **WRIT DENIED IN PART AND GRANTED IN PART.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the bill of information and sentencing minutes were mailed to relator on or about December 3, 2025. The records of the Clerk of Court do not reflect that the **Boykin** transcript was mailed pursuant to the district court's 2025 Order. Accordingly, the district court is ordered to provide relator with a copy of the **Boykin** transcript, if it has not already done so.

                         MRT
                         KEB
                         BDH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana Supreme Court.